ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Quality Trust, Inc. | ) ASBCA No. 62576 |
| | ) |
| Under Contract No. FA2517-19-P-A083 | ) |

APPEARANCE FOR THE APPELLANT:      Mr. Lawrence M. Ruiz
                                                      President

APPEARANCES FOR THE GOVERNMENT:   Jeffrey P. Hildebrant, Esq.
                                                       Air Force Deputy Chief Trial Attorney
                                                    Jason R. Smith, Esq.
                                                       Trial Attorney

ORDER OF PARTIAL DISMISSAL

On October 29, 2020, the government filed a motion for partial dismissal. Appellant's notice of appeal of a termination for cause included a "total amount in dispute" of approximately $323,000. Appellant had not filed a certified claim for the $323,000. On January 12, 2021, appellant responded to the motion agreeing to the partial dismissal. Accordingly, that portion of the appeal relating to the $323,000 is dismissed without prejudice. The government's termination for cause remains before the Board.

Date: February 18, 2021

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Partial Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62576, Appeal of Quality Trust, Inc., rendered in conformance with the Board's Charter.

Dated:  February 18, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals